# TIFFANY & BOSCO
## P.A.

SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 E. CAMELBACK ROAD
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
ljm@tblaw.com
Attorneys for Secured Creditor

18-00814

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Michael Wayne Kennedy<br><br>Debtors.<br>_____<br>GMAT Legal Title Trust 2013-I, U.S. Bank National Association, as Legal Title Trustee<br><br>Secured Creditor,<br>vs.<br><br>Michael Wayne Kennedy, Debtors; Russell Brown, Trustee.<br><br>Respondents. | Chapter 13<br><br>Case No. 2:19-bk-13511-BKM<br><br>OBJECTION TO CHAPTER 13 PLAN<br><br>IN RE: Real Property Located at<br>38335 W. Montebello<br>Tonopah, AZ 85353 |

GMAT Legal Title Trust 2013-I, U.S. Bank National Association, as Legal Title Trustee, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed Chapter 13 Plan filed by the Debtor for the following reason:

The Chapter 13 Plan does not adequately provide for repayment of arrearages owed to Secured Creditor in the approximate amount of $25,253.75. Secured Creditor is in the process of filing a Proof of Claim. Secured Creditor requests that the arrearages be paid through the Plan.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the proposed Chapter 13 Plan be denied;
2. For attorney's fees and costs incurred herein;
3. For such other and further relief as this Court deems just and proper.

DATED this 13th day of December, 2019.

                                        Respectfully submitted,
                                        TIFFANY & BOSCO, P.A.

                                        BY:   /s/ LJM #014228
                                                Mark S. Bosco
                                                Leonard J. McDonald
                                                Attorneys for Secured Creditor

COPY of the foregoing mailed
December 13, 2019 to:

Michael Wayne Kennedy
P.O. Box 502
Tonopah, AZ 85354
Debtors

Sandra C. Oswalt
300 West Clarendon Ave.
Ste. 290
Phoenix, AZ 85013
Attorney for Debtor

Russell Brown
3838 North Central Avenue
Suite 800
Phoenix, AZ 85012-1965
Trustee

By: Jody Wilkens