# TIFFANY & BOSCO
### P.A.

**SEVENTH FLOOR CAMELBACK ESPLANADE II**
**2525 E. CAMELBACK ROAD**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
ljm@tblaw.com
Attorneys for Secured Creditor

12-16905

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Michael W. Kennedy<br><br>Debtors. | No. 2:19-bk-13511-BKM<br><br>Chapter 13<br><br>**JOINDER IN TRUSTEE'S MOTION TO DISMISS CASE DUE TO DELINQUENT PLAN PAYMENTS PURSUANT TO 11 U.S.C. §§1307(C)** |

On July 15, 2020, Trustee Russell Brown filed his Motion to Dismiss Case Due To Delinquent Plan Payments pursuant to 11 U.S.C. §§1307(C) (Docket Entry #31), GMAT Legal Title Trust 2013-1, U.S. Bank National Association, as Legal Title Trustee, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby joins in the Motion filed by the Trustee.

Debtor filed an Objection to Trustee's Motion To Dismiss Case For Delinquent Plan Payments on August 17, 2020 asserting that they have been in contact with secured creditor to negotiate a loan modification. Secured Creditor asserts that no loan modification documents have been received for review

and there is not an active loan modification in review. Further, Trustee has not disbursed payments to Secured Creditor for several months.

DATED this 28th day of September, 2020.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY  /s/ LJM #014228
 Mark S. Bosco
 Leonard J. McDonald
 Attorneys for Secured Creditor

COPY of the foregoing mailed
September 28, 2020 to:

Michael Wayne Kennedy
PO Box 502
Tonopah, AZ 85354
Debtor

Russell Brown
3838 Noth Central Avenue
Phoenix, AZ 85012-1965
Trustee

Sandra C. Oswalt
3933 S. McClintock Drive, Ste. 500
Tempe, AZ 85282
Attorney for Trustee

U.S. Trustee
Office of the U.S. Trustee
230 N. First Ave. #204
Phoenix, AZ 85003

By: Jesse Ference